

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JOHN DAVISON NIES, II, | | No. 08-16-00011-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 207th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Comal County, Texas |
| | § | |
| Appellee. | | (TC # CR2014-543) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the trial court and remand the cause, in accordance with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating